United States District Court
for the District of New Jersey

_____
**FIRST TRENTON INDEMNITY COMPANY**

      Plaintiff

**QUALITY CARRIERS, INC., ET AL**

      Defendant
_____

Civil No. 08-6262

Order of Reassignment

It is on this 26th day of March 2009,

O R D E R E D that the entitled action is reassigned

from Judge Dickinson R. Debevoise to Judge Stanley R. Chesler.

    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court